UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | CV 16-5629-R (KK) | Date: | August 1, 2016 |
|---|---|---|---|
| Title: | *Emanuel Cortes Carino v. Kim Holland, Warden* | | |

Present: The Honorable  KENLY KIYA KATO, UNITED STATES MAGISTRATE JUDGE

| DEB TAYLOR | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   Order Conditionally Granting Request to Proceed <u>In Forma Pauperis</u> [Dkt. 5]

  On July 28, 2016, Petitioner Emanuel Cortes Carino ("Petitioner") filed a request to proceed <u>in forma pauperis</u>. Petitioner failed to provide a certified copy of his inmate trust account as required by the form and statute. Thus, it is hereby ordered that Petitioner's request to proceed <u>in forma pauperis</u> is hereby CONDITIONALLY GRANTED. However, Petitioner shall submit a certified copy of his inmate trust account **within 30 days of this order**. Failure to comply with this Order may result in <u>in forma pauperis</u> status being revoked.

  **IT IS SO ORDERED.**